UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23cr14036 CANNON/MAYNARD

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(5)



FILED BY ____ D.C.
AUG 17 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

v.

IVIS ANDURAY RODRIGUEZ-ORDONEZ,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about July 30, 2023, in Saint Lucie County, in the Southern District of Florida, the defendant,

**IVIS ANDURAY RODRIGUEZ-ORDONEZ,**

did knowingly and intentionally possess a controlled substance with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 2
## Possession of a Firearm by an Illegal Alien
## (18 U.S.C. § 922(g)(5))

On or about July 30, 2023, in Saint Lucie County, in the Southern District of Florida, the defendant,

**IVIS ANDURAY RODRIGUEZ-ORDONEZ,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he was an alien who was illegally and unlawfully in the United States, in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **IVIS ANDURAY RODRIGUEZ-ORDONEZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

(i) A Canik 9mm caliber pistol, model TP9 SF ELITE, serial number T6472-21 BH 34335;

(ii) Twenty-one (21) rounds of 9mm ammunition; and

(iii) One (1) black-in-color, 9mm pistol magazine.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

TRUE BILL

_____
FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DIANA M. ACOSTA
ASSITANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23cr14036 CANNON/MAYNARD

v.

IVIS ANDURAY RODRIGUEZ-ORDONEZ,

    Defendant.
    /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☒ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)
   I   ☒ 0 to 5 days          ☐ Petty
   II  ☐ 6 to 10 days         ☐ Minor
   III ☐ 11 to 20 days        ☐ Misdemeanor
   IV  ☐ 21 to 60 days        ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-00076-MAYNARD
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 08/14/2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _/s/ Diana M. Acosta_
Diana M. Acosta
Assistant United States Attorney
FL Bar No.    775185

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Ivis Anduray Rodriguez-Ordonez

**Case No**: 23cr14036 CANNON/MAYNARD

Count #: 1
Possession with Intent to Distribute a Controlled Substance – Cocaine, 21 U.S.C. § 841(a)(1)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $100 Special Assessment

Count #: 2

Possession of Firearm by an Illegal Alien, 18 U.S.C. § 922(g)(5)

* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 fine / $100 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.