UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14036-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**IVIS ANDURAY RODRIGUEZ-ORDONEZ,**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Shaniek M. Maynard following Change of Plea Hearing [ECF No. 23]. On October 18, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to Count 2 of the Indictment [ECF No. 8] pursuant to a written factual proffer and plea agreement [ECF Nos. 20, 21]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 8]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Ivis Anduray Rodriguez-Ordonez** as to Count 2 of the Indictment is **ACCEPTED**.

CASE NO. 23-14036-CR-CANNON

3. Defendant **Ivis Anduray Rodriguez-Ordonez** is adjudicated guilty of Count 2 of the Indictment, possession of a firearm by an illegal alien, in violation of 18 U.S.C. § 922(g)(5) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of November 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record